# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY JOHN BURRIOLA,
            Appellant,

vs.

TIMOTHY FILSON, WARDEN,
            Respondent.

No. 76596

FILED

AUG 1 7 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the petition when appellant filed his appeal on July 30, 2018. Rather, the district court transferred the petition to the Seventh Judicial District Court. To the extent that appellant appeals from the order transferring jurisdiction, no statute or court rule provides for an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
      Pickering

_____J.
    Gibbons

_____, J.
      Hardesty

18-31992

cc: Hon. Linda Marie Bell, District Judge
Anthony John Burriola
Attorney General/Carson City
Eighth District Court Clerk

(O) 1947A